**KNAUF FIBER GLASS, GMBH, Plaintiff–Appellee,**

v.

**CERTAINTEED CORPORATION, Defendant–Appellant.**

No. 2008–1315.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2008.

Paul B. Hunt, Barnes & Thornburg LLP, of Indianapolis, Indiana, argued for plaintiff-appellee. With him on the brief was Deborah Pollack–Milgate.

Edward M. Reisner, of Brooklyn, New York, argued for defendant-appellant.

NEWMAN, PLAGER, and DYK, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.